# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO: 5:08-M-1522

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS AVILIO PAZ-SANCHEZ | ) | |
| | ) | |
| Defendant. | ) | |

This Cause comes before the Court *sua sponte*. The Defendant's Detention Hearing is currently scheduled for Friday, October 17, 2008, at 10:00 a.m. in the Sixth Floor Courtroom of the Terry Sanford Federal Building. Before that time, Counsel for the Defendant is directed to brief the issue of whether the Defendant will assert his Fifth Amendment privilege against self-incrimination. In addition, counsel for the Government is directed to brief the issue of whether, in the event the Defendant asserts his Fifth Amendment privilege, he would he be granted immunity. Counsel for the Government is also directed to brief the issues of why the Defendant cannot be deposed and why he was not presented to the grand jury.

Both parties shall have until the close of business Thursday, October 16, 2008, to brief the aforementioned issues.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 14th day of October, 2008.

_____
William A. Webb
U.S. Magistrate Judge