IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-M-1522

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : ORDER TO DISMISS MATERIAL |
| | : WITNESS ARREST WARRANT |
| CARLOS AVILIO PAZ-SANCHEZ | : |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss, without prejudice, the Material Witness Arrest Warrant currently at issue in this matter. For good cause shown and after due deliberation the Court hereby Grants such Motion. Orders the Arrest Warrant dismissed, without prejudice, and the defendant released.

So Ordered this 16th day of October, 2008.

_____
WILLIAM A. WEBB
United States Magistrate Judge